IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: SHELLY M. HARTWICK, | ) | Chapter 13 |
| | ) | Case No. 19 B 33266 |
| | ) | Honorable Judge Timothy A. Barnes |
| | ) | Courtroom 744 |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 02 2019

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

NOTICE OF MOTION

To:

1. SANTANDER CONSUMER USA, P.O. BOX 96124 FORT WORTH, TEXAS 76161

2. COM ED, P.O. BOX 805379 CHICAGO, IL 60680

3. AT& T 208 S. AKARD STREET DALLAS, TEXAS 75202

4. NICOR, 1844 W. FERRY ROAD NAPERVILLE, IL 60563

YOU ARE HEREBY NOTIFIED that on December 12, 2019 at 9:30 AM, I shall appear before and present to the Honorable Judge Timothy A. Barnes or any Judge sitting in his stead in Courtroom 744 in the United States Bankruptcy Court Northern District of Illinois Eastern Division located at 219 S. Dearborn Street in Chicago, Illinois 60604 Debtor's Emergency Motion for Accommodations as needed under the Americans with Disabilities Act Instanter.

CERTIFICATE OF SERVICE

I, Shelly M. Hartwick, certify that I served a copy of the Notice of Motion to the foregoing persons named in the above-entitled cause by E-Filling and U.S. Post Office Pre-paid Certified Mail at the addresses before 7:00 P.M. on November 29, 2019.

Shelly M. Hartwick

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: SHELLY M. HARTWICK, | ) | Chapter 13 |
| | ) | Case No. 19 B 33266 |
| F I L E D | ) | Honorable Judge Timothy A. Barnes |
| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS | ) | Courtroom 744 |
| DEC 0 2 2019 | ) | |
| JEFFREY P. ALLSTEADT, CLERK INTAKE 1 | ) | |
| | ) | |

## DEBTOR'S EMERGENCY MOTION FOR ACCOMMODATIONS AS NEEDED UNDER THE AMERICANS WITH DISABILITIES ACT INSTANTER

NOW COMES the Debtor Shelly M. Hartwick, ("Pro Se") hereinafter Debtor, and requests that this Honorable Court enter an Order that grants Debtor's Emergency Motion for Accommodations as needed under the Americans with Disability Act Instanter. In support of this Motion Debtor Ms. Hartwick states as follows:

### INTRODUCTION

1. On August 17, 2017 Debtor retained Dr. Huffer from Equal Access Advocate as Debtor's Advocate, Expert Witness, and Counselor because this Debtor's Rights to Due Process where violated and this Debtor became a Victim of a Crime. See hereto a copy of Dr. Huffer's Equal Access Advocate Letter attached as Exhibit A.

2. On November 22, 2019 Debtor filed a Voluntary Petition for Individuals Filing for Bankruptcy (Chapter 13).

3. After reviewing the packet labeled Additional Documents, Chapter 13 Individual, Debtor has determined that she needs additional time and help.

4. Debtor now asks this Honorable Court for an extension of time to file the Additional Documents for Chapter 13 in Case 19 B 33266.

5. Debtor further asks this Honorable Court to appoint a Disability Coordinator to help determined this Debtor's needs for Chapter 13 in Case 19 B 33266.

WHEREFORE the Debtor Shelly M. Hartwick request this Honorable Court to enter an Order granting Debtor's Emergency Motion for Accommodations as needed under the Americans with Disability Act Instanter to appoint a Disability Coordinator and any other relief this Honorable Court finds necessary and just.

Respectfully Submitted,

By: *[signature]*
Shelly M. Hartwick

Sarah's Circle
C/O Shelly M. Hartwick
4838 North Sheridan Road
Chicago, Illinois 60640
Phone: 773.728.1991

# Exhibit A

**EAA** ™
**Equal Access Advocates**

August 17, 2017

Regarding:   Shelly Hartwick disability status and needs

To Whom It May Concern:

Shelly Hartwick is qualified under the Americans with Disabilities Act for accommodations as needed under U.S.C. 42 § 12101 et seq.  She may need to be accommodated for her injury under Title II if the service is public or Title III for Private companies serving the public.

Please assist her to be in contact with the disability access coordinator when needed to ensure she has equal access as mandated by federal law.

Respectfully,

*[signature]*
Dr. Karin Huffer

---

### Dr. Karin Huffer

Licensed Marriage Family Therapist, Adjunct Professor at John Jay College of Criminal Justice NY Specialist in Counseling, Forensic Psychology, ADA Title II and Title III

LegalAbuse@gmail.com                    EqualAccessAdvocates.com

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: SHELLY M. HARTWICK,  )  Chapter 13
                                                       )  Case No. 19 B 33266
                                                       )  Honorable Judge Timothy A. Barnes
                                                       )  Courtroom 744

## AFFIDAVITT OF SHELLY M. HARTWICK

I, Shelly M. Hartwick, being duly sworn upon oath is the Affiant/Debtor.

1. Affiant/Debtor on December 1, 1987 received a Honorable Discharged from the United States Army. See Ms. Hartwick's DD 214 attached as Affiant's Exhibit A.

2. Affiant/Debtor then on December 30, 1998 became a Disabled Veteran. See Ms. Hartwick's disability ratings as attached as Affiant's Exhibit B.

3. Affiant/Debtor on June 21, 2002 Debtor became 100% rating for Posttraumatic Stress Disorder. Refer back to Exhibit B.

4. Affiant/Debtor on August 17. 2017 retained Dr. Huffer because she realized she was a Victim of Legal Abuse and a Victim of a Crime and is now asking this Honorable Court to Protect her Rights as a common law citizen but also because she served our country in the United States Army. See a copy of Equal Access Advocate Letter as Affiant's Exhibit C.

Respectfully Submitted,

By: _/s/ Shelly M. Hartwick_
Shelly M. Hartwick

STATE OF IL
COUNTY OF Cook

Sworn to (or affirmed) and subscribed before me
this 2 day of Dec, 2019,
by Shelly Hartwick
_/s/ Garrett Gottschalk_  Garrett Gottschalk
Notary Public's Signature    Notary Name
My Commission Expires 12/19/2022

GARRETT GOTTSCHALK
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 19, 2022

# Exhibit A

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD SAFEGUARD IT | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

**DD FORM 214** (1 JUL 79) — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

1. NAME (Last, first, middle): HARTWICK, SHELLY MARIE
2. DEPARTMENT, COMPONENT AND BRANCH: ARMY/RA
3. SOCIAL SECURITY NO.: [redacted] 9947

4a. GRADE, RATE OR RANK: PV2
4b. PAY GRADE: E-2
5. DATE OF BIRTH: 640901
6. PLACE OF ENTRY INTO ACTIVE DUTY: Detroit, MI 1-580-826

7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: FORSCOM FC LEA
8. STATION WHERE SEPARATED: Fort Campbell, KY

9. COMMAND TO WHICH TRANSFERRED: USAR Control Group (Reinforcement) ARPERCEN, 9700 Page Blvd, St Louis, MO 63132
10. SGLI COVERAGE AMOUNT $ 50,000 ☐ NONE

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY: 95B10 Military Police//2 Years and 8 Months//NOTHING FOLLOWS//

12. RECORD OF SERVICE:

| | YEAR(s) | MON(s) | DAY(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 84 | 12 | 04 |
| b. Separation Date This Period | 87 | 12 | 01 |
| c. Net Active Service This Period | 02 | 11 | 28 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 00 | 26 |
| f. Foreign Service | 01 | 06 | 24 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 87 | 05 | 08 |
| i. Reserve Oblig. Term. Date | 92 | 11 | 07 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: Army Service Ribbon//Overseas Service Ribbon//Good Conduct Medal//Army Lapel Button//Marksman Badge M16 Rifle//Expert Badge Hand Grenade//Expert Badge .38 Caliber Pistol//NOTHING FOLLOWS//

14. MILITARY EDUCATION: Law Enforcement Course, 16 Weeks, (Apr 85)//NOTHING FOLLOWS//

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: ☒ YES ☐ NO
16. HIGH SCHOOL GRADUATE OR EQUIVALENT: ☒ YES ☐ NO
17. DAYS ACCRUED LEAVE PAID: 25½

18. REMARKS: Dental care was not provided within 90 days prior to separation.// NOTHING FOLLOWS//

19. MAILING ADDRESS AFTER SEPARATION: Power St. #123, Clarksville TN 37042
20. MEMBER REQUESTS COPY 6 BE SENT TO TN DIR. OF VET AFFAIRS ☒ YES ☐ NO

21. SIGNATURE OF MEMBER BEING SEPARATED: [signature]
22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: JAMES T. JONES, GS7, CH, TRANSITION POINT

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

23. TYPE OF SEPARATION: RELEASE FROM ACTIVE DUTY
24. CHARACTER OF SERVICE: HONORABLE
25. SEPARATION AUTHORITY: DA MSG DAPC-PDT 301600Z JUL 87
26. SEPARATION CODE: LBK
27. REENLISTMENT CODE: RE-3C
28. NARRATIVE REASON FOR SEPARATION: EXPIRATION TERM OF SERVICE CHAPTER 4, AR 635-200
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4 _____ INITIALS

MEMBER - 4

ILLINOIS DEPARTMENT OF VETERANS' AFFAIRS
"I certify that this is a true and exact copy of the original document (or a certified copy issued by a public custodian of records) that I have personally examined."

SIGNATURE



# Exhibit B

| Rating Decision | Department of Veterans Affairs Regional Office | | | Page 1 03/22/2012 |
|---|---|---|---|---|
| NAME OF VETERAN Shelly M. Hartwick | VA FILE NUMBER 9947 | SOCIAL SECURITY NR -9947 | POA VETERANS OF FOREIGN WARS OF THE US | COPY TO |

| ACTIVE DUTY | | | |
|---|---|---|---|
| EOD | RAD | BRANCH | CHARACTER OF DISCHARGE |
| 12/04/1984 | 12/01/1987 | Army | Honorable |

| LEGACY CODES | | | |
|---|---|---|---|
| ADD'L SVC CODE | COMBAT CODE | SPECIAL PROV CDE | FUTURE EXAM DATE |
|  | 1 |  | None |

**JURISDICTION:** New Claim Received 06/29/2011

**ASSOCIATED CLAIM(s):** 028; New/Increase; 06/29/11
337; Review; 03/07/12

## SUBJECT TO COMPENSATION (1. SC)

9411      POST TRAUMATIC STRESS DISORDER AS THE RESULT OF PERSONAL TRAUMA [Personal Trauma PTSD/Sexual Assault/Harass]
Service Connected, Peacetime, Incurred
50% from 12/30/1998
100% from 05/21/2002

5295      LUMBOSACRAL STRAIN
Service Connected, Peacetime, Incurred
40% from 12/30/1998
20% from 06/01/2000

5257      RESIDUALS, LEFT KNEE INJURY
Service Connected, Peacetime, Incurred
10% from 12/30/1998

5257      RESIDUALS, RIGHT KNEE INJURY
Service Connected, Peacetime, Incurred
10% from 12/30/1998

5271      RESIDUALS, RIGHT ANKLE INJURY
Service Connected, Peacetime, Incurred
0% from 12/30/1998
10% from 08/17/2001

| Rating Decision | Department of Veterans Affairs Regional Office | | | Page 2 03/22/2012 |
|---|---|---|---|---|
| NAME OF VETERAN Shelly M. Hartwick | VA FILE NUMBER ████ 9947 | SOCIAL SECURITY NR ████-9947 | POA VETERANS OF FOREIGN WARS OF THE US | COPY TO |

5271                 RESIDUALS, LEFT ANKLE INJURY
                     Service Connected, Peacetime, Incurred
                     0% from 12/30/1998
                     10% from 08/17/2001

### COMBINED EVALUATION FOR COMPENSATION:

80% from 12/30/1998 (Bilateral factor of 1.9 Percent for diagnostic codes 5257, 5257)
70% from 06/01/2000 (Bilateral factor of 1.9 Percent for diagnostic codes 5257, 5257)
80% from 08/17/2001 (Bilateral factor of 3.4 Percent for diagnostic codes 5271, 5257, 5271, 5257)
100% from 05/21/2002 (Bilateral factor of 3.4 Percent for diagnostic codes 5271, 5257, 5271, 5257)

### NOT SERVICE CONNECTED/NOT SUBJECT TO COMPENSATION (8.NSC Peacetime)

5015                 BILATERAL HEEL AND CALCANEAL SPURS
                     Not Service Connected, Not Incurred/Caused by Service

7699-7613            INABILITY TO CONCEIVE FOLLOWING VA MEDICAL CENTER
                     TREATMENT
                     1151 Denied, No Causation

9499-9435            HISTORY OF DEPRESSION, PERSONALITY DISORDER AND ORGANIC
                     HEAD INJURY
                     Not Service Connected, Not Incurred/Caused by Service

### ANCILLARY DECISIONS

Basic Eligibility under 38 USC Ch 35 from 05/21/2002

_____
B. Gorley

# Exhibit C



**Equal Access Advocates**

August 17, 2017

Regarding: Shelly Hartwick disability status and needs

To Whom It May Concern:

Shelly Hartwick is qualified under the Americans with Disabilities Act for accommodations as needed under U.S.C. 42 § 12101 et seq. She may need to be accommodated for her injury under Title II if the service is public or Title III for Private companies serving the public.

Please assist her to be in contact with the disability access coordinator when needed to ensure she has equal access as mandated by federal law.

Respectfully,

*Dr. Karin Huffer*

---

## Dr. Karin Huffer

icensed Marriage Family Therapist, Adjunct Professor at John Jay College of Criminal Justice NY Specialist in Counseling, Forensic Psychology, ADA Title II and Title III

LegalAbuse@gmail.com                    EqualAccessAdvocates.com